Marc S. Stern  
1825 NW 65th Street  
Seattle, WA 98117  
(206) 448-7996  
marc@hutzbah.com

Honorable Christopher M. Alston  
Chapter 7

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CAROL ANN PORTER

    Debtor.

No. 15-10671-CMA

DECLARATION OF CHRISTINA HENRY

Christina Henry, declares under penalty of perjury that the following statements are true to the best of his knowledge and belief.

1. I am an attorney licensed to practice law in the state of Washington and I have been so licensed since 2001.

2. I graduated from Dartmouth College in 1994 and from Boston College Law School in 2000. I then served a clerkship with the Honorable Whitney Rimel in the United States Bankruptcy Court for the District of California. After completing my clerkship, I was an associate in the firm of RCO Legal, P.S. from to 2002 to 2004 and then was at Croker Law Group, PLLC from 2004 to 2006. At that point I went out on my own and formed Seattle Debt Law in 2006.

3. I am now the first named partner in Henry & DeGraaff, P.S., practicing law in the Western District of Washington, primarily in Bankruptcy Court and in federal court in the Western District of Washington.

DECLARATION OF CHRISTINA HENRY - 1  
Decl of Christina Henry.wpd

MARC S. STERN  
ATTORNEY AT LAW  
1825 NW 65TH STREET  
SEATTLE, WA 98117  
(206) 448-7996

Case 15-10671-CMA    Doc 248    Filed 06/05/20    Ent. 06/05/20 17:16:41    Pg. 1 of 3

4. I have read the Declaration of Carol Porter filed in these proceedings. I have also reviewed the brief in support of reconsideration of attorney's fees, disgorgement of attorney's fees paid, and payment of administrative expenses.

5. I make my declaration based upon these documents. I am familiar with the standard of practice in the Bankruptcy Court for the Western District of Washington.

6. It is incomprehensible to me that any lawyer familiar with bankruptcy process as it is practiced in the Western District of Washington would fail to instruct his client to stop making mortgage payments and paying real property taxes after her Chapter 11 case was converted to Chapter 7. However I would insist that the debtor pay homeowner's insurance. It is inconceivable to me that any attorney practicing bankruptcy law in the Western District of Washington, with an understanding of the law of homestead and appreciation of property after the bankruptcy filing, would not advise the debtor to stop making such payments. I can conceive of no reason for a debtor in a liquidating Chapter 7 to be making mortgage payments on the property for four years without ever moving for abandonment.

7. I find it incomprehensible and well below the standard of care for an attorney to remain the attorney of record for a debtor after advising her that he had a conflict of interest and could not file any pleadings. Further, I find it below the standard of care for an attorney practicing in the Western District of Washington to refuse to file pleadings on behalf of his client and failing to appear at hearings to which his client wishes to be heard. It is my belief that the standard of care is to seek an order authorizing withdrawal. Instead, when Ms. Porter asked

DECLARATION OF CHRISTINA HENRY - 2
Decl of Christina Henry.wpd

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206) 448-7996

Mr. Carter to withdraw, he informed her that he could file a motion to withdraw, but he did not think the Judge would sign it, which I find incomprehensible.

8. It is clear that Ms. Porter was not represented in these proceedings in a competent manner.

9. Ms. Porter clearly has been damaged to the extent of four years of making the first and second mortgage payments. She has also been damaged by the improvements she made to the property post-petition.

Executed under penalty of perjury this 4th day of June, 2020 at Seattle, Washington.

      */s/ Christina L Henry*
Christina L. Henry, WSBA# 31273

DECLARATION OF CHRISTINA HENRY - 3
Decl of Christina Henry.wpd

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206) 448-7996

Case 15-10671-CMA    Doc 248    Filed 06/05/20    Ent. 06/05/20 17:16:41    Pg. 3 of 3