FILED
Western D*FILED
Western District of Washington
at Seattle
DEC 23 2020
DEC 23 2020
CLERK
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

JUDGE Christopher M. Alston
CHAPTER 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

PORTER, CAROL ANN

Debtor(s).

Chapter 7

No. 15-10671-CMA

**UNCLAIMED DIVIDENDS MORE THAN $25 FOR DEPOSIT TO REGISTRY FUNDS**

Check #1020 issued August 21, 2020 was paid to the debtor, Carol Porter, as excess funds in the amount of $36,212.33 and mailed to her at 26328 SE 39th Street, Issaquah WA 98029. The funds were not returned to the trustee's office as undeliverable and the check remains uncashed after 90 days from the date of issuance.

Check #1028 issued August 21, 2020 was paid to Eric & Lisa Volquardsen, on their proof of claim #13 in the amount of **$4,448.34**. This amount represents the full amount of their filed claim plus interest pursuant to the final order entered in this case. The check has not been returned to the trustee's office as undeliverable and the check remains uncashed after 90 days from the date of issuance.

The trustee is submitting check #1030 in the amount of $40,660.67 as unclaimed funds.

Dated this 12th day of December, 2020.

_Edmund J. Wood_
Edmund J. Wood, WSBA #03695
Chapter 7 Trustee

Wood & Jones, P.S.
303 N 67th Street
Seattle WA 98103
(206) 623-4382

Page 1